RECEIVED

APR - 1 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

To:

From: Johnny N. Loyd
       327 Industrial Drive
       Jonesboro, La. 71251


Dear!


    I am Johnny N. Loyd an inmate at the Jackson Parish Correction Center in Jonesboro, Louisiana I slipped and fell on something on the floor at the Chow Hall lunch on 1-26-2020. I have been here since 1-17-2020. I was transported to the Jackson Parish Hospital with a back injury where X-ray results by the Dr. at Jackson Parish Hospital determined that I had suffered a disk problem (bulging disk) and that I would need an operation. So far I have made several verbal request and written request to see a doctor on follow on these findings. I made 48 written request for sick call and none have been responded too. I have several request for the law library with no response. I have 31 request for administrative remedy procedure for a talk. I have had one response when he told me that he had denied complaints #17 and complaint #20 and that he had recarded the them both. I have put in several request to talk to the warden, he came by on 2-28-2020 that he had five complaint on his desk that morning, they were #24, #25, #26, #27 and #28. One or more of these complaints had mentioned me getting a lawyer, and this

seemed to upset him. He told me that if I brought a lawyer to the Jackson Parish Correction Center, that would have me charged with fraud, because the video tape of my slipp and fell was a weak and shitty ass fell., he told me that file a claim to wait until the complaint box was empty then put in another claim. I have been in constant pain since 1-26-2020 and need to see a doctor for medical attention both physical and mental assistence and compensation for pain and suffering from 1-26-2020 on.

sincerly yours,