**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JOHNNY N LOYD #2024**                              **CASE NO.  3:20-CV-00415 SEC P**

**VERSUS**                                                          **JUDGE DOUGHTY**

**JACKSON PARISH CORRECTIONAL CENTER**    **MAG. JUDGE KAREN L. HAYES**

**MEMORANDUM ORDER**

   Before the court is a complaint filed on April 01, 2020.  Upon review of the record, the Court

finds that the plaintiff's suit is not in proper form for the following reasons:

   Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

   Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint <u>on approved forms</u> that are legibly handwritten or typewritten.**

   In accordance with the above,

   **IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

   **FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

   THUS DONE in Chambers on this 3rd day of Apri, 2020.

                 KAREN L. HAYES
              United States Magistrate Judge

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application