To:   Clerk of Court
      300 Fannin Street
      Suite 1167
      Shreveport, La. 71101-3083

RECEIVED

MAY 4 2020

TONY R. ___ CLERK
WESTERN DIST ___ LOUISIANA
SHREVEPORT LOUISIANA
BY ___

From:  Johnny N. Loyd   #2024  Case No. 3:20-CV-00415 SECP
       225 Pine Grove Rd
       Jonesboro, La. 71251

Dear Judge and Mag.; Terry Doughty and Karen Hayes

    I (Johnny N. Loyd) would like to add Betty Pulli,
(the officer upon my realease) to be added to my list
of defendents alond with Maj. Leblanc.
    I want to add that I have enclose a miney
order for $405 to cover the ~~hes~~ cost of all things.
    I would also like to say that I have not talk
to the Lawyer yet, about any thing I want him to do.
                    Thank you

No money order
enclosed