**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**


**JOHNNY N LOYD #2024**                      CASE NO.  3:20-CV-00415 SEC P

**VERSUS**                                   JUDGE DOUGHTY

**JACKSON PARISH CORRECTIONAL**              MAG. JUDGE KAREN L. HAYES
**CENTER**

### MEMORANDUM ORDER

A review of the record indicates that the petitioner has already paid the filing fee in this matter.  Therefore, petitioner's application to proceed *in forma pauperis* is DENIED.

THUS DONE in Chambers on this ___15th___ day of __May_____, 2020.


_____
KAREN L. HAYES
United States Magistrate Judge