To :    Clerk of Court
        300 Finnin Stress
        Suit  1167
        Shreveport,  La.   71101-3083

RECEIVED

JUN 17 2020
BW
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

From :   Johnny N. Loyd
         225 Pine Grove Rd.
         Jonesboro, La.   71251

Your Honors,   Judges- Terry Doughty-Mag. Karen Hayes

    I am Johnay N.Loyd and I will try to amend my statements to the best of my a-bility.

① Timothy Ducote - I withdraw all allegations.

② Doctor Miller — All information is true, the dates and days or approximatly correct, on the medication, she gave me, Finesteride and terazosin for my prostate, a few days later, ~~appr~~ 2 or 3 days she stated me on Lisinopril and Ibuprofen. I feel that Dr. Miller should have at lease seen me again or past the word th to the next Dr. or Nurse. On 2-13-2020, the chart on the pilleart, the first four medications were in black ink and and there was blue ink after that, all medications

were prescribed by Dr. Miller. A few days later I looked at the chart on the ~~medical~~ medicine cart all meds were Dr. Mitcham. I feel that should have the right to medical care of some kind, and the ink was all in black and Mitham.

Major Leblanc - With fear of lockdown, I stopped writing ARP complaints. I feel that this impeaded me from my right to complain. On 3-31-2020 he intercepted my sick call request. The nurse on the pill cart to me to put my sick call request in at the key. My name was called and when I went out the Major (Leblanc) stopped me in the hall, further trying to stop me from exer- cising my right to sick call.

Nurse Tiffany - For some reason unknown to me nurse Tiffany refuse me treatment of any kind. I feel that this is a violation of my right for medical help.

Betty Pullins - I'm not sure about the fading ink, but she gave me my licence back and told me not to drive. I feel that this could be some type of intrapment.

I am a pretrial detainee, have not been convicted.